

# THE THIRTEENTH COURT OF APPEALS

## 13-16-00703-CV

Diane Gloria Silva
v.
U. S. Bank National Association as Trustee for CitiGroup Mortgage Loan Trust Inc.
2016-NCI Asset-Backed Pass Through Certificate Series

On Appeal from the
County Court at Law No. 5 of Hidalgo County, Texas
Trial Cause No. CL-16-3722-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant, Diane Gloria Silva.

We further order this decision certified below for observance.

January 18, 2018